UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JUAN CARLOS SOTO NUNEZ, individually and on
behalf of others similarly situated                         :
                                                            :
                    Plaintiff,                              :
                                                            :
            -against-                                       :        **ORDER**
                                                            :        20 - CV - 1634 (PAE) (KNF)
DKJJ DELI FOOD CORP. (D/B/A DKJJ DELI FOOD)                 :
and AMADO GUZMAN                                            :
                                                            :
                    Defendants.                             :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that, on or before June 24, 2020, the plaintiff shall advise the Court in writing of the status of this action, as the docket sheet does not reflect that an answer to the complaint has been filed, although the time for doing so has elapsed.

Dated:  New York, New York                    SO ORDERED:
        June 19, 2020

                                                             _____
                                                             KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE