UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JUAN CARLOS SOTO NUNEZ,                       :
individually and on behalf of others similarly    :
situated,                                                             :
               Plaintiff,                        :
                                     :
          -against-                                         :        **ORDER**
                                     :        20-CV-1634 (PAE) (KNF)
DKJJ DELI FOOD CORP. (D/B/A DKJJ DELI FOOD)  :
and AMADO GUZMAN.                                                          :
                                     :
             Defendants.               :
------------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The plaintiff requested permission to file a motion for a default judgment against the defendants. See Docket Entry No.11. Permission from the Court to file such a motion is not needed. However, when the plaintiff files the motion, which should be done expeditiously, he must ensure that the motion complies with the applicable provision(s) of the assigned district judge's Emergency Individual Rule and Practices in Light of COVID -19.

    Dated; New York, New York         SO ORDERED:
            June 25, 2020

                                                     _/s/ Kevin Nathaniel Fox_
                                                     KEVIN NATHANIEL FOX
                                                     UNITED STATES MAGISTRATE JUDGE