USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JUAN CARLOS SOTO NUNEZ, *individually* :
*and on behalf of others similarly situated*, :
:
                Plaintiff, :      20-CV-1634 (JPC)
:
     -v- :      <u>ORDER</u>
:
:
DKJJ DELI FOOD CORP. and AMADO GUZMAN, :
:
                Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 7, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by October 21, 2020.  (Dkt. 24.)  Because Defendant has not yet appeared in this case, Plaintiff is hereby ORDERED to file on ECF the joint letter described in Dkt. 24 within one week of the filing of this Order.

      SO ORDERED.

Dated: October 29, 2020
       New York, New York

                                             JOHN P. CRONAN
                                             United States District Judge