```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUAN CARLOS SOTO NUNEZ et al.,                                         :
                                                                       :
                        Plaintiffs,                                    :
                                                                       :          20-CV-1634 (JPC)
        -v-                                                            :
                                                                       :                ORDER
DKJJ DELI FOOD CORP. et al.,                                           :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2020

JOHN P. CRONAN, United States District Judge:

On November 19, 2020, the Court issued an Order scheduling an Order to Show Cause Hearing regarding Plaintiffs' Motion for Default Judgment on December 10, 2020 at 4:00 p.m. (Dkt. 27.) The Court ordered Plaintiffs to serve that Order within one business day and to file proof of service within two business days of service. (*Id.*) Plaintiffs have not filed proof of service on the docket. Accordingly, it is hereby ORDERED that Plaintiffs shall file proof of service of the Court's November 19, 2020 Order by end of day December 9, 2020. Absent such filing, the Court will reschedule the December 10, 2020 hearing.

SO ORDERED.

Dated: December 9, 2020
       New York, New York                           _____
                                                            JOHN P. CRONAN
                                                       United States District Judge