```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUAN CARLOS SOTO NUNEZ et al.,                                         :
                                                                       :
                        Plaintiffs,                                    :
                                                                       :     20-CV-1634 (JPC)
        -v-                                                            :
                                                                       :     ORDER
DKJJ DELI FOOD CORP. et al.,                                           :
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020

JOHN P. CRONAN, United States District Judge:

At the December 10, 2020 Order to Show Cause Hearing, Plaintiffs should be prepared to discuss the damages calculations in their Motion for Default Judgment. (Dkt. 20.) In particular, Plaintiffs should be prepared to provide the calculations used to derive their proposed pre-judgment interest totals of $15,601.29 and $555.88. Plaintiffs should also be prepared to explain their calculation of attorney's fees, including the inconsistent billing rates charged for Daniel Tannenbaum and the paralegal. (*See* Dkt. 20, Exhibit 8).

Plaintiffs are reminded that they must file proof of service of the Court's November 19, 2020 Order by end of day December 9, 2020. Absent such filing, the Court will reschedule the December 10, 2020 hearing.

SO ORDERED.

Dated: December 9, 2020
       New York, New York                          _____
                                                   JOHN P. CRONAN
                                                   United States District Judge