# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 2020 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |



December 9, 2020

**BY ECF**
Hon. John P. Cronan
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

        Soto Nunez et al v. DKJJ Deli Food Corp. et al
        1:20-cv-01634-JPC

Dear Judge Cronan:

      This office represents Plaintiff in the above-referenced matter. Pursuant to the Court Order entered on September 9, 2020 (Dkt. No. 28), Plaintiffs write to respectfully request that the Court reschedule the December 10, 2020 hearing. The Plaintiffs are requesting the extension because given the remote working conditions it has taken longer than originally anticipated for the Plaintiffs to serve the Court Order from November 19, 2020.

      We thank the Court for its time and attention to this matter.

      Respectfully Submitted,

      */s/ Michael Faillace*
      Michael Faillace
      Michael Faillace & Associates, P.C.
      Attorney for Plaintiff

Although it does not appear that "remote working conditions" are a valid excuse for failing to serve Defendants for over two weeks in violation of the Court's prior order, or for failing to promptly notify the Court of such challenges, Plaintiff's request is GRANTED in order to ensure that Defendants have meaningful notice of this hearing.  Accordingly, the Order to Show Cause Hearing scheduled for December 10, 2020 is hereby ADJOURNED to January 5, 2021 at 11:30 a.m.  It is further ORDERED that Plaintiff must serve Defendants with this Order, along with the Court's November 19, 2020 Order, by December 11, 2020, and must file proof of service on the docket by December 15, 2020.

Plaintiff is reminded that, pursuant to 3.B of the Court's Individual Rules and Practices, any requests for adjournments must be made at least 48 hours in advance of the proceeding.

Date:   December 9, 2020
          New York, New York

      JOHN P. CRONAN
      United States District Judge

*Certified as a minority-owned business in the State of New York*