# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

January 20, 2021

**Via ECF and E-Mail**

Hon. John P. Cronan  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

        Re:    Juan Carlos Soto Nunez v. DKJJ Deli Food Corp., et al  
               Index No.: 20-01634-JPC-KNF

Dear Judge Cronan:

      Our office represents Plaintiff in the above-referenced action. We write in response to the Court order dated January 15, 2021, directing Plaintiff to submit a detailed breakdown of his calculation of pre-judgment interest, including a description of his methodology and specific numbers at each step of the calculations.

**Calculation of Pre-Judgment Interest**

| **PRE-JUDGMENT INTEREST ON MINIMUM WAGE AND OVERTIME WAGE DAMAGES** | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| Pay Period | | | | | | | |
| Start Date | End Date | Midpoint | Days between Midpoint Dates & 1/20/21 | (Col. D) / (365) | (Col. E) * (9%) | Minimum Wage and Overtime Wage Damages | (Damages) * (9%) |
| 11/1/2016 | 12/30/2016 | 11/30/2016 | 1,513 | 4.145 | .373 | $2,289.00 | $853.80 |
| 12/31/2016 | 6/1/2017 | 3/17/2017 | 1,406 | 3.852 | .347 | $8,443.88 | $2,930.03 |
| 6/2/2017 | 11/1/2017 | 8/17/2017 | 1,253 | 3.433 | .309 | $10,503.96 | $3,245.72 |
| 11/2/2017 | 12/30/2017 | 11/30/2017 | 1,148 | 3.145 | .283 | $3,070.50 | $868.95 |
| 12/31/2017 | 6/1/2018 | 3/17/2018 | 1,041 | 2.852 | .257 | $10,593.00 | $2,722.40 |
| 6/2/2018 | 11/1/2018 | 8/17/2018 | 888 | 2.433 | .219 | $13,104.52 | $2,869.89 |
| 11/2/2018 | 12/30/2018 | 11/30/2018 | 783 | 2.145 | .193 | $3,852.00 | $743.44 |
| 12/31/2018 | 6/1/2019 | 3/17/2019 | 676 | 1.852 | .167 | $12,742.13 | $2,127.94 |
| 6/2/2019 | 11/1/2019 | 8/17/2019 | 523 | 1.433 | .129 | $15,705.09 | $2,025.96 |
| 11/2/2019 | 11/25/2019 | 11/13/2019 | 435 | 1.192 | .107 | $1,737.56 | $185.92 |
| **TOTAL:** | | | | | | **$82,041.64** | **$18,574.05** |

*Certified as a minority-owned business in the State of New York*

| PRE-JUDGMENT INTEREST ON SPREAD OF HOURS DAMAGES | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H |
| Pay Period | | | | | | | |
| Start Date | End Date | Midpoint | Days between Midpoint Dates & 1/20/21 | (Col. D) / (365) | (Col. E ) * (9%) | Spread of Hours Damages | (Damages) * (9%) |
| 11/1/2016 | 12/30/2016 | 11/30/2016 | 1,513 | 4.145 | .373 | $108.00 | $40.28 |
| 12/31/2016 | 6/1/2017 | 3/17/2017 | 1,406 | 3.852 | .347 | $346.50 | $120.24 |
| 6/2/2017 | 11/1/2017 | 8/17/2017 | 1,253 | 3.433 | .309 | $346.50 | $107.07 |
| 11/2/2017 | 12/30/2017 | 11/30/2017 | 1,148 | 3.145 | .283 | $126.00 | $35.69 |
| 12/31/2017 | 6/1/2018 | 3/17/2018 | 1,041 | 2.852 | .257 | $396.00 | $101.77 |
| 6/2/2018 | 11/1/2018 | 8/17/2018 | 888 | 2.433 | .219 | $396.00 | $86.72 |
| 11/2/2018 | 12/30/2018 | 11/30/2018 | 783 | 2.145 | .193 | $144.00 | $27.79 |
| 12/31/2018 | 6/1/2019 | 3/17/2019 | 676 | 1.852 | .167 | $445.50 | $74.40 |
| 6/2/2019 | 11/1/2019 | 8/17/2019 | 523 | 1.433 | .129 | $445.50 | $57.47 |
| 11/2/2019 | 11/25/2019 | 11/13/2019 | 435 | 1.192 | .107 | $60.75 | $6.50 |
| **TOTAL:** | | | | | | **$2,814.75** | **$657.93** |

Plaintiff calculated prejudgment interest on unpaid minimum wage and overtime wage damages ("back pay") and unpaid spread of hours pay from the midpoints of each pay period to January 20, 2021 at the rate of nine percent (9%). In that regard, Plaintiff first obtained the midpoint dates between the start dates and end dates of each of Plaintiff's pay periods. Plaintiff then calculated the number of days between the midpoint dates and January 20, 2021. Plaintiff then divided each of those sums by 365. Plaintiff then multiplied each of those quotients by 9%, the applicable interest rate. Plaintiff then multiplied each of those figures by the amount of unpaid back pay and unpaid spread of hours pay for each of Plaintiff's pay periods. Finally, Plaintiff added those results for unpaid back pay and unpaid spread of hours pay.

If the Court should require any additional information, please do not hesitate to contact the undersigned.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,

/s/ William K. Oates
William K. Oates