UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 
JUAN CARLOS SOTO NUNEZ, *individually and on behalf of others similarly situated*,

       Plaintiff,       20 Civ. 1634 (JPC)

   -v-             <u>ORDER</u>

DKJJ DELI FOOD CORP. (D/B/A DKJJ DELI FOOD) and AMADO GUZMAN,

       Defendants.

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

 In light of the Stipulation between Plaintiff and Defendant Amado Guzman, the Court adjourns the deadline for the Plaintiff to oppose the motion to vacate and the scheduled conference *sine die*.

SO ORDERED.

Date: October 9, 2021
    New York, New York

                  JOHN P. CRONAN
                  United States District Judge