```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUAN CARLOS SOTO NUNEZ,                                                :
                                                                       :
                         Plaintiff,                                    :     20 Civ. 1634 (JPC)
                                                                       :
            -v-                                                        :     ORDER WITHDRAWING
                                                                       :     REFERENCE TO
DKJJ DELI FOOD CORP. et al.,                                           :     MAGISTRATE JUDGE
                                                                       :
                         Defendants.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On February 27, 2020, the Court referred this case to Magistrate Judge Kevin N. Fox for General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement). *See* Dkt. 7. It is hereby ORDERED that the reference is WITHDRAWN.

SO ORDERED.

Dated: January 5, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge