# GEORGE A ORTIZ
## Attorney at Law

1324 E Gun Hill Rd. Bronx, NY, 10469      Telephone: (929) 389-8504    Facsimile: (718) 363-4339

February 17 , 2022

**BY ECF**

Hon. John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    Soto Nunez et al v. DKJJ Deli Food Corp. et al
         1:20-cv-01634-JPC-KNF

Dear Judge Cronan:

     I represent the defendant in the above-referenced action. We write in response to Your Honor's Order dated January 19, 2022, to submit settlement and any other necessary information to the Court for this case by February 17, 2022. This is the first request for an extension on the part of the defendant.

     With the plaintiff's consent confirmed by their attorney, I would like to request an extension of one week to submit settlement documents to the Court on behalf of the defendant by February 24, 2022. The defendant is currently in the Dominican Republic attending a exigent family matter and will not return until next week.

     We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ George A Ortiz
George A Ortiz Esq.

Defendant's unopposed request is granted. The parties shall submit any settlement requiring Court approval under *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and any other necessary information, by February 24, 2022.

SO ORDERED.

Date:    February 17, 2022
          New York, New York

JOHN P. CRONON
United States District Judge